UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA :
:
: **SCHEDULING ORDER**
:
-against- :
: 20 Cr. 631 (AKH)
:
LAVELLE MAITLAND, :
:
Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing of Lavelle Maitland scheduled for June 16, 2022 is hereby adjourned to July 28, 2022 at 11:00 a.m.

SO ORDERED.

Dated:   June 9, 2022                   __/s/ Alvin K. Hellerstein____
         New York, New York             ALVIN K. HELLERSTEIN
                                        United States District Judge