UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :
                                    :   **SCHEDULING ORDER**
                                    :
        -against-                   :
                                    :   20 Cr. 631 (AKH)
LAVELLE MAITLAND,                   :
                                    :
                    Defendant.      :
                                    :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing of Lavelle Maitland scheduled for July 28, 2022 is hereby adjourned to August 26, 2022 at 11:00 a.m.

      SO ORDERED.

Dated:    July 28, 2022                 /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                             United States District Judge