UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
                                    :   **SCHEDULING ORDER**
         -against-                  :
                                    :   20 Cr. 631 (AKH)
LAVELLE MAITLAND,                   :
                                    :
                    Defendant.      :
                                    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing of Lavelle Maitland scheduled for August 26, 2022 is hereby adjourned to September 28, 2022 at 11:00 a.m.


      SO ORDERED.

Dated:    August 23, 2022            __/s/ Alvin K. Hellerstein_____
           New York, New York        ALVIN K. HELLERSTEIN
                                              United States District Judge